UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUDY HUDSPETH, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-04-3012 |
| § | |
| HONEYWELL INTERNATIONAL INC, § | |
| § | |
| Defendant. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that the parties to this lawsuit have reached a settlement. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiffs' claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. All pending motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

SIGNED this 31st day of May, 2006.

Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**