UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUDY HUDSPETH,<br><br>    Plaintiff,<br>v.<br><br>HONEYWELL INTERNATIONAL INC,<br><br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. H-04-03012<br>§<br>§<br>§<br>§ |

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons stated in the Conditional Order of Dismissal dated May 31, 2006, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 2nd day of August, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT
**ENTER TITLE HERE**